IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FORDHAM FINANCIAL SERVICES, INC.
:   Case No. 3:09-cv-237
:
      Plaintiff(s),       JUDGE WALTER HERBERT RICE
 - vs -                 :

VENTRAMEX SA DE CV       :

      Defendant(s).      :

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

September 28, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Defendant has been attempting service under the Hague Convention since the filing of this litigation. Final extension has been granted to November 26, 2012."