# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

FORDHAM FINANCIAL SERVICES,   :
INC.,                                              Case No. 3:09-CV-237
                                              :
              Plaintiff,
                                              :         Judge Walter H. Rice
       -vs-
                                              :
VENTRAMEX SA DE CV,
                                              :
              Defendant.

---

### DISMISSAL ORDER

---

        IT IS HEREBY ORDERED that this action is hereby dismissed, without prejudice, for lack of prosecution.


February 20, 2013                    _____
                                     WALTER H. RICE, JUDGE
                                     UNITED STATES DISTRICT COURT